USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:   3/1/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                    -v-                                              22-cr-110 (AJN)

                                                                     ORDER

Eric Lesane,

                              Defendant.

ALISON J. NATHAN, District Judge:

       For the reasons set forth on the record at the conference held on March 1, 2022, the Court
hereby appoints Jenna Dabbs as additional CJA counsel to represent the defendant.  The Court
requests that Ms. Dabbs file a Notice of Appearance.

       A conference will be held on March 9, 2022 at 2 p.m. in Courtroom 906 of the Thurgood
Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.  Both Ms.
Dabbs and Mr. Yannella shall appear at the conference on behalf of Mr. Lesane and the Court
will address representation of Mr. Lesane going forward. If feasible, Ms. Dabbs shall confer with
Mr. Lesane in advance of the conference.

       At the March 9 conference, the Court will hear the defense's response to the
Government's written request for the entry of a protective order.  The written request from the
Government shall be filed by March 4, 2022.

       SO ORDERED:

Dated:  March 1, 2022
        New York, New York

                                        _____
                                            ALISON J. NATHAN
                                        United States District Judge