USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Eric Lesane

Defendant.

22-cr-110 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court held a pre-trial conference in this matter today. As discussed at today's conference, the Government shall produce Rule 16 discovery by March 16, 2022. The Court set the following schedule for motions: the defense shall file any available motions by May 9, 2022; the government shall file any responses by May 23, 2022; and the defense must file any reply by May 30, 2022.

By March 18, 2022, the government is ordered to docket a letter indicating whether there is any body camera footage related to Mr. Lesane's arrest.

The next status conference is set for June 6, 2022 at 11 a.m. in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007.

For the reasons stated on the record at today's conference, time is excluded from Speedy Trial computations from today's date through June 6, 2022.

SO ORDERED.

1

Dated: March 9, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge