UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA                          :
:
:
:
:       22-CR-110 (VSB)
        -v-                                       :
:       **ORDER**
:
ERIC LESANE,                                      :
:
                    Defendant.   :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

This case has been reassigned to me. The motion schedule set forth by Judge Alison J. Nathan, (Doc. 10), will remain in effect, except for the status conference set for June 6, 2022. Accordingly, it is hereby:

ORDERED that the status conference scheduled for June 6, 2022 at 11:00 AM is rescheduled to June 3, 2022 at 11:00 AM. The conference will be telephonic. The dial-in number is 888-363-4749 and the conference code is 2682448.

SO ORDERED.

Dated: April 12, 2022
       New York, New York

*[signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge