UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                          :

UNITED STATES OF AMERICA           :

                                          :

                                          :                 22-CR-110 (VSB)

              -v-                     :

                                          :                 **ORDER**

ERIC LESANE,                       :

                                          :

                           Defendant.   :

                                          :

-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

Due to the Metropolitan Detention Center's rules regarding remote proceedings, it is

hereby:

ORDERED that the status conference currently scheduled for June 3, 2022 at 11:00 a.m.

is rescheduled for June 2, 2022 at 12:00 p.m.  The dial-in number is 888-363-4749 and the access

code is 2682448.

SO ORDERED.

Dated:  May 24, 2022
        New York, New York

 

Vernon S. Broderick
United States District Judge