# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL    929.294.2540
DIRECT EMAIL   jdabbs@kaplanhecker.com

July 20, 2022

**APPLICATION GRANTED**
**SO ORDERED** /s/
VERNON S. BRODERICK
U.S.D.J.   07/21/22

The deadline for the filing of the supplemental briefing is adjourned to July 28, 2022. Furthermore, the status conference scheduled for July 28 2022 is hereby adjourned to August 5, 2022 at 3:00 p.m.  The adjournment is necessary to permit the Court to review the supplemental briefing filed by the parties in advance of the conference. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, it is further ordered that the time between July 28, 2022 and August 5, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Lesane*, No. 1:22-cr-00110-VSB

Dear Judge Broderick:

On behalf of our client, Eric Lesane, we respectfully write to request a brief adjournment to the current schedule for the filing of supplemental briefing.  Pursuant to the current scheduling order (ECF 34), any supplemental briefing concerning issues raised at oral argument is due on July 21, 2022, and a conference is scheduled for the following week, on July 28, 2022, at 12:00 pm. The additional time is necessary to permit counsel to have an adequate opportunity to confer with Mr. Lesane, who is currently housed at the MDC, about the substance of the supplemental briefing. As a result, and so that Mr. Lesane has a sufficient opportunity to review the briefing and confer with counsel prior to filing, we respectfully request that the deadline for supplemental briefing be adjourned by one week to July 28, 2022.  The parties have conferred, and the government consents to the requested adjournment.  Given the requested adjournment, the parties also jointly propose that the next conference date, which is currently set for July 28, 2022, also be adjourned by a consistent amount of time, to permit the Court to review the supplemental briefing filed by the parties in advance of the conference.  The parties are generally available on August 4 and 5 for that purpose, or on a subsequent date convenient for the Court.

This is the first request for adjournment as to these deadlines.  We appreciate the Court's consideration.

Respectfully submitted,

/s/ Jenna M. Dabbs

Jenna M. Dabbs
*Counsel for Eric Lesane*

cc: AUSA Elizabeth Espinosa (via ECF)