UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                             :

UNITED STATES OF AMERICA           :

            -against-                  :
                                            :          22-CR-110 (VSB)
ERIC LESANE,                            :
                                            :          **ORDER**
                  Defendant.         :
                                            :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      It is hereby

      ORDERED that the status conference scheduled for September 7, 2022 at 1:00 p.m. is adjourned to September 21, 2022 at 1:00 p.m.

      IT IS FURTHER ORDERED that to allow for the disposition of a pending pretrial motion, the time between September 7, 2022 and September 21, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

SO ORDERED.

Dated:     September 7, 2022
              New York, New York

                                                      Vernon S. Broderick
                                                      United States District Judge