UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                          :
UNITED STATES,                                  :

                                                          :
                - against -               :          22-CR-110 (VSB)
                                                          :
                                                          :          **ORDER**
ERIC LESANE,                                     :

                                Defendant.   :
                                                            :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        Defendant Eric Lesane ("Defendant" or "Lesane") is charged with possession of a firearm in connection with drug trafficking and following a felony conviction.  Currently before me is Lesane's motion to suppress evidence seized as a result of his arrest and to inspect grand jury minutes related to his case.  Because I find that the Government has met its burden under either the special needs exception or the probable cause standard, and because inspection of grand jury minutes is not required under the circumstances presented here, Lesane's motion is DENIED.

        My full Opinion and Order was filed under seal and emailed to the parties today.  The parties are ordered to meet and confer and, within thirty (30) days of the entry of this Order, submit proposed redactions to the Opinion and Order so that it can be filed publicly on the docket.  The Clerk of Court is respectfully directed to close the open motion at Doc. 19.

SO ORDERED.

Dated: September 13, 2022
     New York, New York

                                              Vernon S. Broderick
                                              United States District Judge