```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
UNITED STATES OF AMERICA,                                  :
                                                           :
                                                           :
            - against -                                    :     22-CR-110 (VSB)
                                                           :
                                                           :              ORDER
ERIC LESANE,                                               :
                                                           :
                         Defendant.                        :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Today, I held a status conference in this case.  In accordance with my comments at the conference, it is hereby

      ORDERED that, for the reasons stated on the record, I find that Defendant has voluntarily and knowingly waived his right to be represented by counsel, and Defendant has voluntarily and knowingly elected to represent himself in this criminal case and at trial.

      IT IS FURTHER ORDERED that Raymond Elvis Gazer is appointed as standby counsel. Although Defendant is representing himself, Mr. Gazer is providing legal advice concerning Defendant's self-representation, and Defendant and Mr. Gazer therefore have an attorney-client relationship.

      IT IS FURTHER ORDERED that the Essex County Correctional Facility shall treat Mr. Gazer as Defendant's counsel for purposes of privileged communications and visitation, pursuant to the facility's rules and procedures.

      IT IS FURTHER ORDERED that the Essex County Correctional Facility shall provide Defendant access the main library and the equipment therein, including but not limited to the

copy machine and typewriter, to allow Defendant adequate time and resources to prepare any motion for reconsideration and prepare to represent himself at trial. At a minimum, Defendant shall be provided time to access the main library consistent with the time provided to other defendants in state custody.

    IT IS FURTHER ORDERED that the Government shall provide a copy of this order to the relevant authorities at the Essex County Correctional Facility.

    I will set out a pretrial schedule in a separate order to follow.

SO ORDERED.

Dated: October 21, 2022
      New York, New York

                                          Vernon S. Broderick
                                          United States District Judge