UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
UNITED STATES OF AMERICA,                              :
                                                       :
                                                       :
          - against -                                  :                    22-CR-110 (VSB)
                                                       :
                                                       :                    **ORDER**
ERIC LESANE,                                           :
                                                       :
                              Defendant.               :
                                                       :
-------------------------------------------------------X


VERNON S. BRODERICK, United States District Judge:

 Today, I held a status conference in this case to set a trial date.  In accordance with my

comments at the conference, it is hereby ORDERED that a jury trial in this matter is scheduled to

begin on January 23, 2023 at 10:00 a.m.

 IT IS FURTHER ORDERED that on or before December 20, 2022, Defendant shall file

any motion for reconsideration of my Opinion and Order of September 13, 2022.  Within 14 days

after any motion for reconsideration is filed on the docket, the Government shall file any

opposition.  Within 30 days after the Government files any opposition, Defendant shall file any

reply.

 IT IS FURTHER ORDERED that any motions *in limine* shall be filed on or before

December 19, 2022, and that any proposed voir dire questions, jury instructions, verdict forms,

trial memoranda, or responses to motions *in limine* shall be filed on or before January 16, 2023.

 IT IS FURTHER ORDERED that a final pretrial conference shall be held in this case on

January 20, 2023 at 1:00 p.m.

SO ORDERED.

Dated: October 21, 2022
      New York, New York

Vernon S. Broderick
United States District Judge