# Law Offices of
# Raymond Elvis Gazer
172 East 161st Street
Bronx, New York 10451
(917)848-0527·REGazer@gmail.com

> The parties are ORDERED to appear for a conference on December 22, 2022 at 1:00pm at Courtroom 24B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York.
>
> *Vernon Broderick* (signature)
> 12/19/2022

Raymond Elvis Gazer, Esq.
_____

December 9th, 2022

*Via Electronic Court Filing* --
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   United States of America versus Eric Lesane
           22-Cr.-110 (VSB)

Your Honor,

    I write on behalf of defendant Eric Lesane, for whom I am legal advisor. Mr. Lesane respectfully requests a conference before the Court at a time and date convenient for all, where he can address certain issues that he has been having at the Essex County Correctional Facility with respect to this Court's Order of October 21st, 2022. The parties would also be afforded an opportunity to discuss the trial schedule of this matter. A jury trial has previously been set for January 23rd, 2023.

    The Government does not object to such a conference, and, in talking to all concerned parties, December 22nd, 2022, appears to be a good date to hold it. We thank you for your consideration of our request.

                                             Respectfully submitted,

                                             *Raymond Elvis Gazer*
                                             Raymond Elvis Gazer, Esq.

    CC:      The Government
                  *Via ECF*