UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                    :
UNITED STATES,                            :
                                                    :
                                                    :
                       - against -              :          22-CR-110 (VSB)
                                                    :
                                                    :          **<u>ORDER</u>**
ERIC LESANE,                              :
                                                    :
                                  Defendant.  :
                                                    :
------------------------------------------------------------ X

WHEREAS, on December 22, 2022, a status conference was held in this case during which the defendant's ability to prepare for his upcoming trial while detained at the Essex County Correctional Facility (the "Facility") was discussed. In accordance with my comments at the conference, and as agreed to by the parties, it is hereby

ORDERED that the defendant shall be afforded access to the Facility's law library and the equipment contained therein during the entirety of the library's hours of operation.

IT IS FURTHER ORDERED that, to facilitate defendant's ability to secure a computer and other equipment or items in the law library, which are necessary for him to prepare for trial, the defendant be afforded advance access to such library, to include the ability to gain entrance during a period of time to be determined by correction officials, prior to the admittance of the Facility's other inmates.

IT IS FURTHER ORDERED that the Facility waive any administrative requirements, with respect to the defendant, to reserve time or space or otherwise sign-up for access to the law library.

IT IS FURTHER ORDERED that, to the extent not inconsistent with the terms of this order, the Court's previous order of October 21st, 2022 remains in full force and effect.

IT IS FURTHER ORDERED that the Government shall provide a copy of this order to the relevant authorities at the Facility.

SO ORDERED.

Dated: January 4, 2023
      New York, New York

Vernon S. Broderick
United States District Judge