```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES,                                              :
                                                            :
                                                            :
              - against -                                   :   22-CR-110 (VSB)
                                                            :
                                                            :   ORDER
ERIC LESANE,                                                :
                                                            :
                                Defendant.                  :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge:</u>

     Defendant Eric Lesane filed a Motion for Reconsideration on December 19, 2022.  (Doc. 63.)  The deadline for the Government to respond to Defendant's motion was January 2, 2023.  *See,* Local Civil Rule 6.1 & 6.3.  To date, the Government has not filed a response.  If the Government does not file a response by January 9, 2023, I will proceed with ruling on Defendant's motion.

     Further, on September 13, 2022, I ordered the parties to meet and confer regarding the sealing of Doc. 51 and submit proposed redactions within 30 days.  I reminded parties to do so during the status conference held on December 22, 2022.  To date, neither party has submitted any proposed redactions.  This is long overdue.  The parties are ordered to file proposed redactions by January 9, 2023.

     Lastly, as trial is scheduled to begin on January 23, 2023, it is hereby:

     ORDERED THAT this case will be transferred to Judge Lewis J. Liman for trial in Courtroom 15C in the Daniel Patrick Moynihan United States Courthouse at 500 Pearl St. New York.

IT IS FURTHER ORDERED that a final pretrial conference in this matter will be held on January 20, 2023 at 1:00pm in Courtroom 15C in the Daniel Patrick Moynihan United States Courthouse at 500 Pearl St. New York.

IT IS FURTHER ORDERED that the Government's response to Defendant's in limine motions be filed on or before January 16, 2023.

IT IS FURTHER ORDERED that the Government's proposed voir dire questions, jury instructions, requests to charge, verdict forms or trial memoranda shall be filed on or before 5:00pm at January 9, 2023.  In addition, the Government shall email those documents as Word documents to BroderickNYSDChambers@nysd.uscourts.gov and LimanNYSDChambers@nysd.uscourts.gov.  The Government's oppositions to Mr. Lesane's requests to charge and voir dire questions, which were submitted together with his in limine motions on December 19, 2022, *see* Doc. 64 at 18–22, will be due by January 16, 2023.  Mr. Lesane's oppositions to the Government's submissions will be due by January 19, 2023.

IT IS FURTHER ORDERED that to the extent Defendant wishes to file a motion requesting clothing for his appearance in front of potential jurors and for the duration of trial, that he do so before the commencement of trial.

The Clerk of Court is respectfully directed to mail a copy of this order to *pro se* Defendant.

SO ORDERED.

Dated: January 6, 2023
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge