```
APPLICATION GRANTED
SO ORDERED /s/ Vernon S. Broderick
VERNON S. BRODERICK
U.S.D.J.  1/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -Against-

             22-Cr.-110 (VSB)

ERIC LESANE,                                  ORDER

    Defendant.

-----------------------------------------------------------X

    Upon the application of the defendant, Eric Lesane, *pro se*, with the assistance of standby counsel, Raymond Elvis Gazer, Esq., the Court hereby orders the Essex County Correctional Facility in Newark, New Jersey, to accept clothing for the defendant to use during the pendency of his above-captioned trial. The Court now orders the Essex County Correctional Facility to accept up to four sets of clothing, including, but not limited to, undershirts, socks, shoes, dress shirts, suit pants, suit jackets, and ties, and to permit such clothing to be made available to the defendant prior to each court date in this case.

Dated:      New York, New York

            January___, 2023

                                                      SO ORDERED,

                                                      _____
                                                      Honorable Vernon S. Broderick
                                                      United States District Judge