UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                         :
:
    -v-                                                           :
:   22-cv-2070 (LJL)
ERIC LESANE,                                                      :
:   ORDER
                     Defendant.                                  :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      In an Order dated January 6, 2023, the Court indicated that defendant Eric Lesane ("Defendant") had already filed his requests to charge. *See* Dkt. No. 64. The Court now recognizes that Defendant has not yet filed his requests to charge. Defendant's requests to charge shall be filed by January 20, 2023 and the Government's opposition to Defendant's requests to charge, if any, shall be filed by January 23, 2023.

      Nothing in this Order shall be construed to change the due date for the Government's oppositions to Defendant's voir dire questions and *in limine* motions, which will remain January 16, 2023, or the due date for Defendant's oppositions to the Government's voir dire questions, jury instructions, requests to charge, *in limine* motions, verdict forms, and trial memoranda, which will remain January 19, 2023.

      The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Defendant.

      SO ORDERED.

Dated: January 11, 2023
       New York, New York
                                              LEWIS J. LIMAN
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/11/2022