```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
    -v-                                  :
:                    22-cr-110 (LJL)
ERIC LESANE,                             :
:                       ORDER
                    Defendant.           :
:
------------------------------------------------------------------- X


LEWIS J. LIMAN, United States District Judge:

    Defendant Eric Lesane seeks to preclude from the Government from introducing a YouTube video of an interview he gave on an internet talk show.  *See* Dkt. No. 64 at 4(c).  The Court has not received a copy of this video.  The Government is direct to send a copy of the video by email to the Chambers of the Hon. Lewis J. Liman, LimanNYSDChambers@nysd.uscourts.gov, by January 18, 2023 at 1:00 p.m.

    This order has been emailed to the United States Attorney's Office for the Southern District of New York, and the Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Defendant.


    SO ORDERED.

Dated: January 17, 2023
       New York, New York                  _____
                                                        LEWIS J. LIMAN
                                                      United States District Judge