```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :
            -v-                                                :
                                                               :      22-cr-110 (LJL)
ERIC LESANE,                                                   :
                                                               :        ORDER
                            Defendant.                         :
                                                               :
-------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/19/2023
```

LEWIS J. LIMAN, United States District Judge:

     Defendant Eric Lesane ("Defendant") is due to commence a jury trial before this Court on Monday, January 23, 2023.  In connection with his trial, Defendant requires sufficient time to shower and attend to his appearance at Essex Country Correctional Facility (the "Facility") prior to his departure to the courthouse.

     It is hereby ordered the Defendant be permitted to shower each morning on which he is due in Court for trial for a sufficient period of time prior to his departure from the Facility.  It is further ordered that Defendant be provided with necessary implements to attend to his appearance, including combs, brushes, and shaving tools, and be afforded sufficient time to attend to his appearance and perform such tasks as shaving, combing his hair and/or beard, brushing his teeth, and washing his face.

     SO ORDERED.

Dated: January 19, 2023
       New York, New York

                                                  LEWIS J. LIMAN
                                        United States District Judge