```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
            -v-                                                    :     22-CR-110 (LJL)
                                                                   :
ERIC LESANE,                                                       :     ORDER
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court received defendant's motion for a continuance of the sentencing date at Dkt. No. 123 on April 26, 2023. The Court grants defendant's request. The Sentencing hearing previously set for May 10, 2023 is rescheduled to May 31, 2023 at 10:00AM in Courtroom 15C.

The Clerk of Court is respectfully directed to send a copy of this order to defendant at: Eric Jamel Lesane, No# 227DD8434A 1SBI1, Essex County Correctional Facility, 354 Doremus Avenue, Newark, NJ 07105.

SO ORDERED.

Dated: April 28, 2023  
      New York, New York

                                                              LEWIS J. LIMAN  
                                                         United States District Judge