```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
            -v-                                                   :     22-CR-110 (LJL)
                                                                  :
ERIC LESANE,                                                      :     ORDER
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    On April 28, 2023, the Court issued an order granting Defendant's motion for a continuance of the sentencing to May 31, 2023, and directing that the Order be sent to Defendant at his location of detention in the Essex County Correctional Facility. Dkt. No. 124. Yesterday, the Court received notice that the Order was returned to sender and was remailed to Defendant at the Metropolitan Detention Center. May 18, 2023 Minute Entry. In addition, the Court has not received a sentencing submission from Defendant. Accordingly, the sentencing hearing previously set for May 31, 2023 is rescheduled to June 16, 2023 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse. Mr. Lesane is to submit his sentencing submission by June 5, 2023, and the Government is to submit its sentencing submission by June 12, 2023.

    The Court has advised Mr. Lesane's standby counsel and counsel for the Government as to the need to reschedule the sentencing hearing and deadlines for presentence submissions. The Court has further directed Mr. Lesane's standby counsel to confirm with Mr. Lesane the rescheduled dates in this order.

    The Clerk of Court is respectfully directed to send a copy of this order to Eric Lesane, Reg. No. 67025-054, MDC Brooklyn, Metropolitan Detention Center, P.O. BOX 329002, Brooklyn, NY 11232.

SO ORDERED.

Dated: May 19, 2023
       New York, New York
                                                         LEWIS J. LIMAN
                                                         United States District Judge