# Law Offices of
# Raymond Elvis Gazer
## 172 East 161st Street
## Bronx, New York 10451
## (917)848-0527·REGazer@gmail.com

Raymond Elvis Gazer, Esq.

_____

May 31st, 2023

> **REQUEST GRANTED.**
> Defendant's sentencing submission is due by June 26, 2023. Government's sentencing submission is due by July 3, 2023. The Sentencing hearing previously set for June 16, 2023 is rescheduled to July 10, 2023 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 5/31/2023   SO ORDERED.
> *LEWIS J. LIMAN*
> *United States District Judge*

*Via Electronic Court Filing*
Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   United States of America versus Eric Lesane
           22-Cr.-110 (LJL)

Your Honor,

    I write on behalf of defendant Eric Lesane, for whom I am legal advisor, to respectfully request an additional adjournment of his sentencing, which is currently scheduled for June 16th. Mr. Lesane is still preparing his presentence submission and does not believe that he will have it finished by this Court's deadline. Part of the reason for this delay is his limited, and often constrained, access to resources while detained in the Metropolitan Detention Center.

    I would, thus, respectfully ask for an adjournment of three weeks of the sentencing date along with a concomitant three-week extension of the dates upon which pretrial submissions are now due. Currently, Mr. Lesane's submission is due on June 5th while the Government's is due on June 12th.

      The Government does not have an objection to this request. I thank you for your consideration of my request.

                                Respectfully submitted,

                                Raymond Elvis Gazer, Esq.

CC:      The Government
            *Via ECF*