UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-v- : 22-CR-110 (LJL)
:
ERIC LESANE, : ORDER
:
Defendant. :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The VOSR hearing in 12 Cr. 524 scheduled for July 18 is cancelled.  The Court will use the hearing currently scheduled for July 10, 2023 in 22 Cr. 110 to hold a VOSR hearing.  If there is a disposition in 12 Cr. 524, the Court intends to sentence Mr. Lesane in both cases at the same time.  The parties shall advise the Court their intentions with respect to the VOSR hearing and whether the Court may proceed to sentencing on July 10, 2023.


      SO ORDERED.

Dated: June 29, 2023
       New York, New York
                                                    LEWIS J. LIMAN
                                            United States District Judge