UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
    :
UNITED STATES OF AMERICA,    :
    :
    -v-    :    22-CR-110 (LJL)
    :
ERIC LESANE,    :    <u>ORDER</u>
    :
    Defendant.    :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Government is directed to respond to Mr. Lesane's letter (Dkt. No. 146) by no later than December 12, 2023.

SO ORDERED.

Dated: December 5, 2023
       New York, New York

                                                  LEWIS J. LIMAN
                                             United States District Judge