```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
   -v-  :
: 22-cr-110 (LJL)
ERIC LESANE, :
: ORDER
                    Defendant. :
:
-------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court has received notice from a Revised Presentence Report that Mr. Lesane may be eligible for consideration for a sentence reduction under Amendment 821. Dkt. No. 150. Mr. Lesane shall inform the Court by March 8, 2024, as to whether he would like the Court to appoint counsel for him to pursue the possibility of receiving a sentence reduction.

The United States Attorney for the Southern District of New York is directed to take steps to ensure that Mr. Lesane receives a copy of this Order and to inform the Court by letter submitted on ECF by February 15, 2024 of the steps it has taken.

SO ORDERED.

Dated: February 8, 2024
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge